IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:18 CR 691 |
| | ) Title 21, Sections 841(a)(1), |
| SEAN BYRNE, | ) (b)(1)(C), 846 and 853, United |
| KAYLA ELLIS, | ) States Code; Title 18, Section 2, |
| | ) United States Code |
| Defendants. | ) |

JUDGE ADAMS

### COUNT 1
(Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846)

The Grand Jury charges:

1. Beginning as early as May 1, 2018, and continuing through the present, the exact dates to the Grand Jury unknown, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendants SEAN BYRNE, KAYLA ELLIS, and others, known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree together and with each other, and with diverse others known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and 846.

COUNT 2
(Distribution of Heroin and Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2)

The Grand Jury further charges:

2. On or about May 22, 2018, in the Northern District of Ohio, Eastern Division, Defendants SEAN BYRNE and KAYLA ELLIS did knowingly and intentionally distribute approximately .58 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

COUNT 3
(Distribution of Heroin and Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2)

The Grand Jury further charges:

3. On or about August 8, 2018, in the Northern District of Ohio, Eastern Division, Defendants SEAN BYRNE and KAYLA ELLIS did knowingly and intentionally distribute approximately .72 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

COUNT 4
(Distribution of Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2)

The Grand Jury further charges:

4. On or about September 20, 2018, in the Northern District of Ohio, Eastern Division, Defendants SEAN BYRNE and KAYLA ELLIS did knowingly and intentionally

distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 5
(Distribution of Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2)

The Grand Jury further charges:

5. On or about September 21, 2018, in the Northern District of Ohio, Eastern Division, Defendants SEAN BYRNE and KAYLA ELLIS did knowingly and intentionally distribute approximately .72 grams of a mixture and substance containing a detectable amount of fentanyl a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 6
(Possession with Intent to Distribute Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2)

The Grand Jury further charges:

6. On or about September 21, 2018, in the Northern District of Ohio, Eastern Division, Defendants SEAN BYRNE and KAYLA ELLIS did knowingly and intentionally possess with the intent to distribute approximately 3.47 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## FORFEITURE

The Grand Jury further charges:

7. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 through 6 are incorporated herein by reference. As a result of the foregoing offenses, Defendants SEAN BYRNE and KAYLA ELLIS shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of such violations; any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.