Revised 12/09

# MINUTES OF CRIMINAL PROCEEDINGS
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

vs.

Sean Byrne

Date: August 13, 2019
Case No. 1:18CR691
Judge: John R. Adams
Court Reporter: Lori Callahan
Pts/ProbOfficer:Michelle Spaulding

U.S. Attorney: Robert Corts
Attorney for Defendant(s): Thomas Kelley

## SENTENCING:

Defendant committed to the custody of the Bureau of Prisons for a period of 120 months as to Counts 1 and 2-6 concurrent.

Probation ordered for a period of     years  with standard/special conditions.

Supervised release: for a term of 8 years concurrent with conditions.

Fine: Waived.

Restitution:  N/A.

The Defendant is to pay a special assessment of $600.00 as to Counts 1 and 2-6.

X   The defendant was advised of his appeal rights.

Comments: Defendant is returned to custody.

Total Time:30 p mins.

S/Christin M. Kestner
Courtroom Deputy Clerk